

**SO ORDERED.**
**SIGNED this 22nd day of April, 2016**

_____
Shelley D. Rucker
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **Paul Levaell Faye, Sr.** ) | **No. 1:16-bk-10802-SDR** |
| ) | **Chapter 13** |
| **Debtor** ) | |

## ORDER

This case came to be heard on the chapter 13 trustee's objection to confirmation of the debtor's chapter 13 plan. For the reasons stated orally on the record, it is ORDERED that the trustee's objection (doc. no. 12) is sustained and confirmation is denied. Furthermore, there being no confirmable plan before the court, it is ORDERED:

1. This case is dismissed and any wage order shall be vacated.

2. In accordance with 11 U.S.C. § 1326(a)(2), the trustee shall return any plan payments to the debtor after payment in the following priority of (a) the filing fee; and (b) any other administrative expenses awarded under 11 U.S.C. § 503(b). In the event the trustee has insufficient funds on hand to pay any unpaid filing fees or any other unpaid administrative expenses, payment shall be the responsibility of the debtor.

###